IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ANTHONY CAIRNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:22-CV-01052 |
| REALEINS PROPERTIES, LTD. and ) | |
| JALISCO FOODS, LLC, ) | |
| ) | |
| Defendants. ) | |

## **ORDER OF DISMISSAL AS TO DEFENDANTS**

In accordance with the Joint Stipulation of Dismissal with Prejudice filed July 12, 2023, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendants, REALEINS PROPERTIES, LTD. and JALISCO FOODS, LLC, and this entire matter be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

  **SIGNED this 13th day of July, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE